UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>            Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, et al.<br><br>            Defendants. | 1:24-cv-01466-CDB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Roy Russ is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the $405.00 filing fee or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Instead, Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") on December 3, 2024. (Doc. 2). Therein, Plaintiff avers that he is not a prisoner within the definition of 28 U.S.C. § 1915(h) as the "sole purpose for [Plaintiff's] custody is civil detention during a pending mental health screening." (*Id.* at 1). Plaintiff contends that he is not subject to the financial reporting and exhaustion requirements of the Prison Litigation Reform Act ("PLRA"). (*Id.* at 2); *see Page v. Torrey*, 201 F.3d 1136 (9th Cir. 2000) (holding that civil detainee was not subject to financial reporting and exhaustion requirements of PLRA). Thus, Plaintiff moves this Court for leave to proceed in forma pauperis. (*Id.*).

*Remainder of This Page Intentionally Left Blank*

While Plaintiff may not be subject to the PLRA's requirements that a prisoner-plaintiff exhaust administrative remedies and provide copies of prisoner trust fund account statements in support of any IFP application, he must comply with the requirement under 28 U.S.C. § 1915 and Local Rule 121 to submit a financial affidavit in support of his request to proceed without prepayment of filing fees.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **December 4, 2024**

UNITED STATES MAGISTRATE JUDGE